JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> *ex rel.* **RELATOR LLC**, a California limited liability company, <br><br> Relator, <br><br> v. <br><br> **CHRISTINA PHAM**, an individual, **MAI PHAM**, an individual, **JMAC LENDING, INC.**, a California Corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 2:22-cv-05195-DSF-RAOx <br><br><br> **ORDER DISMISSING CASE** |

The Relator, Relator LLC, having filed a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a), and the United States of America having filed its consent, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice as to Relator LLC and without prejudice as to the United States of America.

IT IS SO ORDERED.

Dated: December 4, 2025

*/s/ Dale S. Fischer*
United States District Judge
Hon. Dale S. Fischer

- 1 -